IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RICHARDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MORTGAGE NETWORK, INC., FIRST AMERICAN TITLE COMPANY, RECONSTRUCT COMPANY, MERS, COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA HOME LOANS, LLP, DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-02450 WHA<br><br>**ORDER DISMISSING CASE** |

On August 16, 2010, plaintiff — who is represented by an attorney — was ordered to show cause for his failure to file an opposition to defendants' motion to dismiss his complaint (Dkt. No. 18). Plaintiff filed a declaration by his attorney in response to the order on August 18, 2010 (Dkt. No. 19). Plaintiff's attorney states that he is currently handling four cases for plaintiff and that he failed to timely file an opposition "due to clerical error." He does not request leave to file an opposition.

Plaintiff has not shown good cause. Defendants' motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 23, 2010.

　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE